IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL D. WILLIAMS, a.k.a. Michael Dwayne Williams, ID # 727667,<br>　　　　Plaintiff,<br>vs.<br><br>ROBERT FRANCIS,<br>　　　　Defendant. | No. 3:09-CV-1209-P-BH |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Also, before the Court is Plaintiff's Request to Amend his Complaint pursuant to Fed. Rules of Civil Procedure 15. The Plaintiff seeks to add the Presiding Judge of the Texas Court of Criminal Appeals as a defendant. However, Plaintiff's claims against the proposed defendant are the same as the claims in his current complaint. Because these claims have been found to be frivolous, Plaintiff's amendment would be futile. Accordingly, Plaintiff's Request to Amend filed on July 21, 2009 is denied.

SIGNED this 28th day of July, 2009.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE